```
                      UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA

                       CIVIL MINUTES -- GENERAL
```

Case No.   **CV 10-5887-VBF(AJWx)**                       Dated: **November 18, 2010**

Title:     Mark Henning -v- Orient Paper, Inc., et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

           Joseph Remigio                          None Present
           Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

           None Present                            None Present

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER RE MOTION OF ONP GROUP FOR APPOINTMENT AS LEAD COUNSEL AND APPROVAL OF CHOICE OF COUNSEL (DKT. 14)**

    Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. **The hearing set on this Motion for November 22, 2010 at 1:30 p.m. is hereby vacated and the matter is taken off calendar.**

    The Court has received, read, and considered the Motion Of ONP Group For Appointment As Lead Plaintiff And Approval Of Choice Of Counsel ("Motion") (dkt. 14) and Defendant Roth Capital Partners, LLC's response (dkt. 19).

    The Motion is GRANTED and the Court will sign the [Proposed] Order (dkt. 14-1).


MINUTES FORM 90                          Initials of Deputy Clerk ___jre___
CIVIL - GEN
                                  -1-