UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARK HENNING, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>ORIENT PAPER, INC.; ROTH CAPITAL PARTNERS, LLP, ZHENYONG LIU; WINSTON C. YEN; ZHAO DAHONG; JING HAO;  XIADONG LIU; FUZENG LIU; CHEN LI; DREW BERNSTEIN; WENBING CHRISTOPHER WANG; and ZHAOFANG WANG,<br><br>Defendants. | No.  10-CV-05887-VBF (AJWx)<br><br>**[PROPOSED] ORDER**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Hon. Valerie Baker Fairbank |

WHEREAS, the above-captioned securities class action (the "Securities Class Action") have been filed against defendants Orient Paper, Inc., et al. (collectively "Defendants"), alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934,and Rule 10b-5 thereunder, and Section 12(a)(2) of the Securities Act of 1933;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A)(i) and 15 U.S.C.§ 77z-1(a)(3)(A)(i), on August 6, 2010, Plaintiff in the first-filed action caused notice to be issued to potential class members of the action and informed them of their right to move to serve as lead plaintiff within **90** days of the date of the issuance of said notice;

WHEREAS, Roman Zaretski, Christian Stillmark, and Mark Henning ("ONP Group" or "Movant") moved the Court to appoint the Group as lead plaintiff and to approve their selection of the Rosen Law Firm, P.A. as lead counsel;

WHEREAS, the PSLRA, provides, *inter alia*, that the most-adequate plaintiff to serve as lead plaintiff is the person or group of persons that has either filed a complaint or has made a motion in response to a notice, and has the largest financial interest in the relief sought by the Class and satisfied the pertinent requirements of Fed. R. Civ. P. 23;

WHEREAS, the Court finding that the ONP Group has the largest financial interest in this action and *prima facie* satisfies the typicality and adequacy requirements of Fed. R. Civ. P. 23. *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I); 15 U.S.C. § 77z-1(a)(3)(B)(iii)(I) and

**IT IS HEREBY ORDERED THAT:**

1. Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(a)(3)(B) and Section 27(a)(3)(B) of the Securities Act, 15 U.S.C. § 77z-1(a)(3)(B), the ONP Group and each of its members are appointed Lead Plaintiff of the class, as the ONP Group has the largest financial interest in this litigation and otherwise satisfies the requirements of Fed. R. Civ. P. 23.

2.	Movant's choice of counsel is approved, and accordingly, the Rosen Law Firm, P.A. is appointed Lead Counsel.

3.	Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation.  Lead Counsel are to avoid duplicative or unproductive activities and are hereby vested by the Court with the responsibilities that include, without limitation, the following: (1) to prepare all pleadings; (2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; (3) to initiate and direct discovery; (4) prepare the case for trial; and (5) to engage in settlement negotiations on behalf of Lead Plaintiff and Class.

SO ORDERED:

Dated   November 18, 2010

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
U.S. District Judge

3
[Proposed] ORDER--Civil Action No. No. 10-05887 VBF (AJWx)