```
                         UNITED STATES DISTRICT COURT
                        CENTRAL DISTRICT OF CALIFORNIA
```

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   **CV 10-5887-VBF(AJWx)**                          Dated: **July 20, 2011**

Title:     Mark Henning -v- Orient Paper, Inc., et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

        Joseph Remigio                              None Present
        Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER DENYING PLAINTIFFS' MOTION TO STRIKE CERTAIN OF DEFENDANTS' ALLEGATIONS [DKT. 35]**

The Court has received, read, and considered Plaintiffs' Motion to Strike Certain of Defendants' Allegations (dkt. 35). Because the Court has denied Defendants' Motion to Dismiss, Plaintiffs' Motion to Strike is moot and is hereby **DENIED. The hearing set for this Motion on July 25, 2011 at 1:30 p.m. is VACATED, and the matter is taken off calendar.**

**IT IS SO ORDERED.**