Laurence M. Rosen (SBN 219683)
THE ROSEN LAW FIRM P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

-----------------------------------------------X

MARK HENNING, ROMAN ZARETSKI, AND CHRISTIAN STILLMARK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

        Plaintiffs,

        vs.

ORIENT PAPER, INC.; ZHENYONG LIU; WINSTON C. YEN; DAHONG ZHOU; JING HAO; DREW BERNSTEIN; DAVIS ACCOUNTING GROUP, P.C., and EDWIN REECE DAVIS

        Defendants.

-----------------------------------------------X

Master File No. CV 10-5887-R (AJWx)

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

CLASS ACTION

Hearing Date: February 11, 2013
Hearing Time: 10:00 A.M.
Judge: Hon. Manuel L. Real
Courtroom: 8

To: All Parties and their Counsel of Record

    Please take notice that, pursuant to Court's Preliminary Approval and Notice Order of November 16, 2012, on February 11, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, at the U.S. Courthouse, 312 North Spring

1

Lead Plaintiff's Notice of Motion and Motion in Support of Final Approval of Partial Class Action Settlement and Plan of Allocation

1  Street, Los Angeles, CA 90012, before the Honorable Manuel L. Real, United
2  States District Judge, Plaintiffs, through their Counsel, will move for approval of
3  the class action Settlement and the Plan of Allocation of settlement proceeds.
4  Plaintiffs' motion is based on the Memorandum of Law in Support; the
5  Declaration of Laurence M. Rosen in Support of Plaintiffs' Motion for Final
6  Approval of Class Action Settlement and Plan of Allocation, and Award of
7  Attorneys' Fees and Reimbursement of Expenses; the Stipulation and Agreement
8  of Settlement dated October 3, 2012; and all other pleadings and matters of record
9  and such additional evidence or argument as may be presented at the hearing. An
10 additional copy of the parties' [Proposed] Final Judgment and Order of Dismissal
11 is filed herewith.

DATED: January 11, 2013            Respectfully submitted,

**THE ROSEN LAW FIRM P.A**.

/s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiff and the Class

2

Lead Plaintiff's Notice of Motion and Motion in Support of Final Approval of Partial Class Action Settlement and Plan of Allocation

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A. I am over the age of eighteen.

On January 11, 2013, I electronically filed the attached **LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on January 11, 2013

                                                    /s/ Laurence Rosen
                                                  Laurence M. Rosen

3

Lead Plaintiff's Notice of Motion and Motion in Support of Final Approval of Partial Class Action Settlement and Plan of Allocation