Laurence M. Rosen (SBN 219683)
THE ROSEN LAW FIRM P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiff and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK HENNING, ROMAN ZARETSKI, AND CHRISTIAN STILLMARK, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ORIENT PAPER, INC.; ZHENYONG LIU; WINSTON C. YEN; DAHONG ZHOU; JING HAO; DREW BERNSTEIN; DAVIS ACCOUNTING GROUP, P.C., and EDWIN REECE DAVIS<br><br>Defendants. | No. CV 10-5887-R (AJWx)<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AUTHORIZING FINAL DISTRIBUTION OF SETTLEMENT FUND**<br><br>Date: February 3, 2014<br>Time: 10:00 A.M.<br>Judge: Hon. Manuel L. Real<br>Courtroom: 8 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on February 3, 2014 at 10:00 a.m. the undersigned counsel for court appointed Lead Plaintiffs Mark Henning, Roman Zaretski, and Christian Stillmark (collectively "Lead Plaintiffs" or "Plaintiffs") shall move before the Honorable Manuel L. Real, United States District Judge for the Central District of California, Spring Street U.S. Courthouse, 312 North Spring Street, Los Angeles, CA 90012, for entry of an Order Authorizing Final Distribution of Settlement Fund (the “Order”) attached as Exhibit 1.[1]

Lead Counsel, The Rosen Law Firm, P.A., respectfully submits this motion in support of the Order: (a) approving the administrative determinations of Strategic Claim Services ("SCS"), accepting and rejecting claims submitted as recommended in the Affidavit of Paul Mulholland CPA, CVA Concerning Administrative Procedures Performed to Process and the Results Thereof ("Mulholland Affidavit") previously filed with this Court (*see* Docket No. 140); (b) directing payment of administrative costs and fees incurred and to be incurred in connection with services performed and to be performed with respect to administration of the Settlement Fund; and (c) directing distribution of the Net Settlement Fund, after deduction of payments requested herein, to Authorized Claimants. This Court previously granted Lead Counsel’s Motion for Distribution of Class Settlement Funds and directed Lead Counsel to submit a proposed order to such effect. *See* Docket No. 141.

WHEREFORE, Lead Counsel respectfully requests that this Court enter the proposed Order Authorizing Final Distribution of Settlement Fund attached as Exhibit 1 to the Motion.

---

[1] Unless otherwise defined herein, all capitalized terms here in shall have the same meaning as set forth in the Stipulation of Settlement filed with the Court on October 4, 2012

DATED: December 9, 2013

Respectfully submitted,

**THE ROSEN LAW FIRM P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
THE ROSEN LAW FIRM P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com
*Lead Plaintiffs' Counsel*

**CERTIFICATE OF SERVICE**

I, Laurence Rosen, hereby declare under penalty of perjury as follows: I am attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On December 9, 2013, I caused the electronic filing of the following **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER AUTHORIZING FINAL DISTRIBUTION OF SETTLEMENT FUND** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on December 9, 2013

/s/ Laurence Rosen